Jeffery L. SCOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40062.

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Sean D. O'Brien, Public Defender, Kansas City, David S. Durbin, Asst. Public Defender, for appellant.

William Webster, Atty. Gen., Jefferson City, Karen S. King, Asst. Atty. Gen., for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 30.25(b).

Joyce Kathleen WILSON, Personal Representative of the Estate of Floy J. Stanley, deceased, Plaintiff–Respondent,

v.

Leo Grant MILLIGAN,
Defendant–Appellant.

No. WD 39773.

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Robert G. Duncan, Kansas City, for defendant-appellant.

Leary G. Skinner, Patricia L. Hughes, Liberty, for plaintiff-respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from judgment for amount due under promissory notes. Judgment affirmed. Rule 84.16(b).